# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

In re: USA UNITED TRANSIT, INC. § Case No. 111-45875
§
SHORELINE PUPIL TRANSIT, INC. §
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

RICHARD J. McCORD, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $18,988,422.77   Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $2,454,227.21   Claims Discharged Without Payment: N/A

Total Expenses of Administration: $333,174.70

3) Total gross receipts of $ 2,787,401.91 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $2,787,401.91 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---:|---:|---:|---:|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 980,244.48 | 333,499.70 | 333,174.70 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 88,359,858.52 | 2,454,626.21 | 2,454,227.21 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 15,110.83 | 95,157,243.55 | 0.00 | 0.00 |
| **TOTAL DISBURSEMENTS** | $15,110.83 | $184,497,346.55 | $2,788,125.91 | $2,787,401.91 |

4) This case was originally filed under Chapter 7 on July 06, 2011. The case was pending for 93 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/17/2019           By: /s/RICHARD J. McCORD
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| ACCOUNTS RECEIVABLE- NYC DOE | 1129-000 | 2,787,401.91 |
| **TOTAL GROSS RECEIPTS** | | **$2,787,401.91** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Other - OFFICE OF THE UST/EASTERN DIST OF NEW YORK, BROOKLYN DIV | 2990-800 | N/A | 325.00 | 325.00 | 0.00 |
| Other - ANDERSON KILL & OLICK P C | 2990-800 | N/A | 110,936.39 | 0.00 | 0.00 |
| Other - ANDERSON KILL & OLICK P C | 2990-800 | N/A | 110,936.39 | 0.00 | 0.00 |
| Other - NEW YORK CITY DEPT OF FINANCE | 2990-800 | N/A | 424,872.00 | 0.00 | 0.00 |
| Attorney for Trustee Fees (Trustee Firm) - Certilman Balin Adler & Hyman, LLP | 3110-000 | N/A | 253,405.75 | 253,405.75 | 253,405.75 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Trustee Firm) - Certilman Balin Adler & Hyman, LLP | 3120-000 | N/A | 15,215.60 | 15,215.60 | 15,215.60 |
| Other - EisnerAmper, LLP | 3410-000 | N/A | 75.73 | 75.73 | 75.73 |
| Other - The Garden City Group, Inc. | 3992-000 | N/A | 59,291.12 | 59,291.12 | 59,291.12 |
| Other - Ace Payroll Services, Inc. | 2990-000 | N/A | 5,186.50 | 5,186.50 | 5,186.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$980,244.48** | **$333,499.70** | **$333,174.70** |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 233 | ANTONIO FELICIANO | 5300-000 | N/A | 726.31 | 0.00 | 0.00 |
| 319 | SONIA PEREZ | 5300-000 | N/A | 399.00 | 399.00 | 0.00 |
| 358P | DEPARTMENT OF THE TREASURY - IRS | 5800-000 | N/A | 9,419,316.59 | 0.00 | 0.00 |
| 360 | CITY OF NEW YORK DEPT OF FINANCE | 5800-000 | N/A | 2,674,901.00 | 0.00 | 0.00 |
| 742 | JULIO REYES | 5300-000 | N/A | 914.36 | 0.00 | 0.00 |
| 957 | LORI D'AGOSTINO | 5300-000 | N/A | 539.27 | 0.00 | 0.00 |
| 1218 | OSGOOD, LYNN | 5400-000 | N/A | 115.50 | 0.00 | 0.00 |
| 1393 | DELBOIS, PEDRO | 5300-000 | N/A | 1,250.00 | 0.00 | 0.00 |
| 1554P | DEPARTMENT OF THE TREASURY - IRS | 5800-000 | N/A | 73,807,469.28 | 0.00 | 0.00 |
| | Division 1181 Amalgamated Transit Union-New York | 5400-000 | N/A | 356,675.89 | 356,675.89 | 356,675.89 |
| | Division 1181 Amalgamated Transit Union-New York | 5400-000 | N/A | 2,097,551.32 | 2,097,551.32 | 2,097,551.32 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$0.00** | **$88,359,858.52** | **$2,454,626.21** | **$2,454,227.21** |

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 207 | IZMEDOR ZAMOR | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 218 | ROBERT GONZALVES | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 219 | JEAN KENSCOFF | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 220 | ADA TORRES | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 221 | JOSEPH SAINT VIL | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 222 | ROSITA ESTINFIL | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 223 | WU SHU PING | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 224 | HAROLD W SEENEY | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 225 | JUAN PENA | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 226 | WEINER ALTIDOR | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 227 | FRANCOIS BERTIL | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 228 | EDDIE NORIEGA | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 229 | JEAN J ESTINFIL | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 230 | ROUSSEAU TELASCO | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 231 | SMYTH BONTEMPS | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 232 | WU SHU PING | 7100-000 | 350.63 | N/A | N/A | 0.00 |
| 234 | MARGARETH ROSSEAU | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 235 | DENISE CHARLES | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 236 | JACKELINE ARGANDONA | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 237 | ALTAGRACIA CRUZ | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 261 | RUI QUAN TAN | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 262 | KATHERINE TAN | 7100-000 | 422.94 | N/A | N/A | 0.00 |
| 263 | JEAN COLIN | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 264 | CARLO JACQUES | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 265 | MARIE IOVINE | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 266 | MARIA DORVILLE | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 267 | ANNA SANTIAGO | 7100-000 | 372.02 | N/A | N/A | 0.00 |
| 268 | MARTHA M POLANCO | 7100-000 | 359.33 | N/A | N/A | 0.00 |
| 269 | EVANGELISTA PEREZ | 7100-000 | 262.94 | N/A | N/A | 0.00 |
| 270 | ROSINA C FILPO | 7100-000 | 276.50 | N/A | N/A | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 271 | KAREN LASKY | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 272 | JIN HUA LIANG | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 273 | CHECKS & MORE | 7100-000 | N/A | 3,571.71 | 0.00 | 0.00 |
| 274 | VINCENT PENG | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 275 | JOAN CAMPBELL | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 277 | EDWARD PEREZ | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 278 | EVERAL TAYLOR | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 279 | ANTHONY J REGNO | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 281 | ROSITA GUTIERREZ | 7100-000 | 289.15 | N/A | N/A | 0.00 |
| 282 | MARIA DE LA CRUZ | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 283 | CLEMENTINA ARIOLA | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 284 | ANTONETTA SAPONARO | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 285 | CAROL PAULINO | 7100-000 | 389.52 | N/A | N/A | 0.00 |
| 286 | NAZAIRE BRICE | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 287 | LIDIVIA ALMONTE | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 288 | LUIS BORDA | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 289 | BERNEX DARGENSON | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 290 | LUMENE MONPLAISIR | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 291 | BARBARA MINSQUERO | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 292 | JESULA SYNAL | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 293 | GARRY CELESTIN | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 294 | UGUENNE CELESTIN | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 295 | MARLENE JEAN LOUIS | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 296 | JOSEPH ULTIMO | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 297 | THELMA MATIAS | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 298 | JEAN ALFRED CHARLES | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 299 | MODESTO RODRIGUEZ | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 300 | YOMARY M CABRAL | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 301 | BRUNOT FLEURIOT | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 302 | JACQUELINE VIERA | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 303 | SONNY CHAITRAM | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 304 | WILLIAM BEDOYA | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 305 | ROBERT J VIGNAPIANO | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 306 | MIGUEL R DURAN | 7100-000 | N/A | N/A | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 307 | LUZ LUGO | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 308 | CHRISTINA R SIMS | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 309 | JOSEPH GORDON | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 310 | ELSIE GIL | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 311 | MARIE FERDINAND | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 312 | FANNY EMETERIO | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 313 | ALRICA JAMES | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 314 | GERALD LAFLOTTE | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 315 | ROSMERI SAINT-HILAIRE | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 316 | MAGALIS FIGUEREO | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 317 | JOSELIN CARMONA | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 318 | MARISOL HERNANDEZ | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 320 | TAMMY PELLICONE | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 321 | DOMITILA SALAZAR | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 322 | PIERRE MARIE SEVERINE DOCTEUR | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 323 | EDWARD MASSELLA | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 324 | RONALD JEAN COIMIN | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 325 | CONSTANCE BRINCAT | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 326 | SUFFY FILUIS | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 327 | JORGE AMAYA | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 328 | GEORGE AMAYA | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 329 | MIRLENE GASPARD | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 330 | ARACELIS COLON | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 331 | CHRISTINA CATALANO | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 332 | JOSE PERALTA | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 333 | FLERIDA HENRIQUEZ | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 334 | JOCELAINE AIME | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 335 | ALTAGRACIA HERNANDEZ | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 336 | YOLANDA DE LOS SANTOS | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 337 | GLADYS DORE | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 338 | YUDIS RODRIGUEZ | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 339 | MIGDALIA LINARES | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 340 | EDWIGE SAPHYR | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 341 | ANTONIO GUTIERREZ | 7100-000 | N/A | N/A | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 342 | LUCY MANGUAL | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 343 | CYNTHIA MIDDLETON | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 344 | ALZIRE JEAN-JACQUES | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 345 | HONG K WONG | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 346 | MARLENI GUERRERO | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 347 | CARMEN JIMENEZ | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 348 | GUO LIN CHEN | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 349 | EMILIO AIME BIEN | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 350 | MARIE BLANC LOUIS | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 351 | MARGARETH ROSSEAU | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 352 | LYNN OSGOOD | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 353 | SUSANA ESPINAL | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 354 | CARMEN MONTANO | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 355 | EVELYN SERAPHIN | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 356 | MARCIA EXALUS | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 358U | DEPARTMENT OF THE TREASURY - IRS | 7100-000 | N/A | 20,543,579.62 | 0.00 | 0.00 |
| 359 | AIDA DIAZ | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 386 | DILENIA MORILLO | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 387 | ANTHONY RIZZO | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 388 | WALID TRABOLSE | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 389 | YUK FOON LEE | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 390 | MIRIAM SANTANA | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 391 | DIVISION 1181 ATU-NEW YORK EMPLOYEES PENSION FUND | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 392 | DIVISION 1181 ATU-NEW YORK WELFARE FUND | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 393 | LOCAL 1181-1061 AMALGAMATED TRANSIT | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 394 | MCMANHAN | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 395 | KATHLEEN A MCMANHAN | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 397 | STEPHEN REGINA | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 398 | ROBERT PRIGNOLI | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 614 | NEW YORK STATE DEPT OF TAXATION & FINANCE | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 616 | BDO USA LLP | 7100-000 | N/A | 133,914.23 | 0.00 | 0.00 |
| 627 | SARAH ESTEVEZ | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 629 | EVELYN RODRIGUEZ | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 636 | MARIA DE LA CRUZ | 7100-000 | N/A | N/A | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 638 | RUI QUAN TAN | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 652 | ALTAGRACIA RODRIGUEZ | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 658 | BIENVENIDO PENA | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 660 | CIRIACO E BAEZ | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 669 | DOMITILA SALAZAR | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 672 | ESPERANZA GARCIA | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 676 | GUO LIN CHEN | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 678 | LIDIVIA ALMONTE | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 681 | GUO LIN CHEN | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 690 | EDDIE N NORIEGA | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 703 | MODESTO RODRIGUEZ | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 704 | WEINER ALTIDOR | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 710 | LUZ LUGO | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 716 | FLERIDA HENRIQUEZ | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 728 | KASOWITZ BENSON TORRES & FRIEDMAN LLP | 7100-000 | N/A | 42,505.75 | 0.00 | 0.00 |
| 734 | FRANCISCO ONATEO | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 738 | ARTURO MERCADO | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 750 | LUIS BORDA | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 752 | ARTURO MERCADO | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 760 | DEODETA ASTACIO | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 779 | WEINER ALTIDOR | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 784 | DI FANZO, PATRICK | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 789 | ANATHAL DESMOUR | 7100-000 | N/A | 996.09 | 0.00 | 0.00 |
| 797 | JEAN EMILE | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 806 | CONSTANCE BRINCAT | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 815 | SIMEUS, GUERDA | 7100-000 | 398.13 | N/A | N/A | 0.00 |
| 820 | MARTHA BATISTA | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 822 | ZILLINI, GEORGE D. | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 827 | FRANCISCO MORENO | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 835 | DICKENS CHARLES | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 847 | MONPLAISIR, LUMENE | 7100-000 | 533.29 | N/A | N/A | 0.00 |
| 848 | KATHLEEN A. MCMANHAN | 7100-000 | 397.93 | N/A | N/A | 0.00 |
| 849 | MANGUAL, LUCY | 7100-000 | 422.43 | N/A | N/A | 0.00 |
| 853 | LIDIVIA ALMONTE | 7100-000 | N/A | N/A | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 868 | MIRIAM SANTANA | 7100-000 | 322.01 | N/A | N/A | 0.00 |
| 875 | ANTONETTA SAPONARO | 7100-000 | 446.22 | N/A | N/A | 0.00 |
| 876 | CLEMENTINA ARIOLA | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 919 | ANTHONY REGNO | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 938 | LOUIS-CARIES, MARJORIE PIERRE | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 940 | EVANGELISTA PEREZ | 7100-000 | 262.94 | N/A | N/A | 0.00 |
| 941 | PIERRE G. CHANCY | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 950 | LAFLOTTE, EVA | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 951 | GERALD LAFLOTTE | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 966 | CHRISTINA CATALANO | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 982 | MCMANHAN, TYRONE | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 991 | CARINE ANTOINE | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 1000 | GARCIA, GEORGE | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 1003 | CARMELITA ELMINE | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 1015 | JOLIFIER, FRANCETTE | 7100-000 | 362.42 | N/A | N/A | 0.00 |
| 1021 | GLADYS GEORGES | 7100-000 | 403.22 | N/A | N/A | 0.00 |
| 1030 | TAN, RUI QUAN | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 1031 | RUI QUAN TAN | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 1032 | RUI QUAN TAN | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 1037 | RONDINELLI, ANA | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 1038 | ANA RONDINELLI | 7100-000 | 424.13 | N/A | N/A | 0.00 |
| 1045 | GARCIA, LIDIA | 7100-000 | 405.17 | N/A | N/A | 0.00 |
| 1064 | DE LA CRUZ, MARIA | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 1065 | MARIA DE LA CRUZ | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 1066 | MARIA DE LA CRUZ | 7100-000 | 446.22 | N/A | N/A | 0.00 |
| 1075 | EDNER BODO | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 1076 | VENUS LAVENTURE | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 1077 | ELVIRE BOTTEX | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 1088 | HONG K. WONG | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 1090 | TAMMY PELLICONE | 7100-000 | 375.30 | N/A | N/A | 0.00 |
| 1092 | DELBRUNE, JUDITH | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 1093 | EDDY DELBRUNE | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 1100 | DILENIA MORILLO | 7100-000 | 353.71 | N/A | N/A | 0.00 |
| 1101 | HONG K WONG | 7100-000 | N/A | N/A | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 1105 | HONG K WONG | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 1108 | HENRIQUEZ, FLERIDA | 7100-000 | 253.04 | N/A | N/A | 0.00 |
| 1109 | MINSQUERO, BARBARA | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 1110 | MARLENI GUERRERO | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 1114 | VALDEZ, MARTHA | 7100-000 | 409.72 | N/A | N/A | 0.00 |
| 1116 | RENELIQUE, SONCHEZ | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 1122 | KAREN LASKY | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 1147 | FLORENCE JEAN-BAPTISTE | 7100-000 | 409.72 | N/A | N/A | 0.00 |
| 1155 | FABRE, MARIE Y. | 7100-000 | 388.43 | N/A | N/A | 0.00 |
| 1158 | ARNOLD DONNAT | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 1160 | REMY, FANEYSE | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 1174 | DONNAT, ARNOLD | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 1177 | HILLARY IKEN | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 1191 | ROSSEAU, MARGARETH | 7100-000 | 412.53 | N/A | N/A | 0.00 |
| 1192 | ESPERANZA GARCIA | 7100-000 | 446.22 | N/A | N/A | 0.00 |
| 1194 | NORIEGA, EDDIE | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 1201 | ELMINE, CARMELITA | 7100-000 | 353.60 | N/A | N/A | 0.00 |
| 1205 | GUO LIN CHEN | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 1239 | ADOLF GONZALEZ | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 1240 | GONZALEZ, ADOLF | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 1245 | ANTHONY REGNO | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 1252 | YOMARY CABRAL | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 1253 | YOMARY M CABRAL | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 1255 | LOGRONO, NERY | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 1256 | NERY LOGRONO | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 1257 | NERY LOGRONO | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 1267 | DURAN, MIGUEL R. | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 1281 | EXALUS, MARCIA | 7100-000 | 397.02 | N/A | N/A | 0.00 |
| 1282 | DARGENSON, BERNEX | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 1285 | LUGO, MARIA S. | 7100-000 | 400.02 | N/A | N/A | 0.00 |
| 1302 | PENG, VINCENT | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 1310 | FILUIS, SUFFY | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 1318 | YUK FOON LEE | 7100-000 | 387.84 | N/A | N/A | 0.00 |
| 1327 | SYNAL, JESULA | 7100-000 | 439.21 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 1330 | MCMANHAN, TYRONE | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 1349 | MARIA MERCHAN | 7100-000 | 407.94 | N/A | N/A | 0.00 |
| 1363 | GASPARD, MIRLENE | 7100-000 | 422.43 | N/A | N/A | 0.00 |
| 1379 | ANTHONY J CINCOTTA PC | 7100-000 | N/A | 167,149.16 | 0.00 | 0.00 |
| 1387 | MORALES, ANICETA | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 1394 | PEDRO DELBOIS | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 1395 | ESTINFIL, ROSITA | 7100-000 | 321.60 | N/A | N/A | 0.00 |
| 1409 | WALKER, TAMMY | 7100-000 | 434.13 | N/A | N/A | 0.00 |
| 1410 | PIERRE, ERNST | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 1415 | COMERICA BANK | 7100-000 | N/A | 4,420,036.63 | 0.00 | 0.00 |
| 1430 | NYC DEPT OF EDUCATION/GEN COUNSEL OFFICE | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 1437 | JEAN, MARIO | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 1440 | JEAN COLIN | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 1447 | US DEPARTMENT OF LABOR EBSA | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 1463 | DENISE CHARLES | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 1478 | SHALLOW, JAVED M.R. | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 1481 | PIERRE MARIE SEVERINE DOCTEUR | 7100-000 | 514.37 | N/A | N/A | 0.00 |
| 1495 | GHISLAINE CHARLES | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 1498 | JOSEPH GORDON | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 1528 | WILSON, BETTY | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 1548 | LORI DAGOSTINO | 7100-000 | 436.86 | N/A | N/A | 0.00 |
| 1554U | DEPARTMENT OF THE TREASURY - IRS | 7100-000 | N/A | 69,845,490.36 | 0.00 | 0.00 |
| 1562 | US DEPARTMENT OF LABOR EBSA | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $15,110.83 | $95,157,243.55 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 111-45875  **Trustee:** (521290) RICHARD J. McCORD
**Case Name:** USA UNITED TRANSIT, INC.  **Filed (f) or Converted (c):** 07/29/11 (c)
 **§341(a) Meeting Date:** 08/31/11
**Period Ending:** 04/17/19  **Claims Bar Date:** 02/29/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  BANK ACCOUNTS | 0.00 | Unknown | | 0.00 | FA |
| 2  INTERESTS IN INSURANCE POLICIES | Unknown | Unknown | | 0.00 | FA |
| 3  ACCOUNTS RECEIVABLE- NYC DOE | 5,400,000.00 | Unknown | | 2,787,401.91 | FA |
| 4  ACCOUNTS RECEIVABLE- JUNE 2011 SERVICE BILLING | 5,465,826.94 | Unknown | | 0.00 | FA |
| 5  ACCOUNTS RECEIVABLE- UNION SECURITY DEPOSIT | 1,213,744.19 | Unknown | | 0.00 | FA |
| 6  ACCOUNTS RECEIVABLE- ATTACHMENTS OF INC. AUDITS | 1,141,516.14 | Unknown | | 0.00 | FA |
| 7  ACCOUNTS RECEIVABLE- ESCORT H&W BILLING UNBILLED | 1,167,335.50 | Unknown | | 0.00 | FA |
| 8  AUTOMOBILES AND OTHER VEHICLES | 10,000,000.00 | 0.00 | | 0.00 | FA |
| 9  OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES | Unknown | Unknown | | 0.00 | FA |
| 10 OFFICE SUPPLIES | Unknown | Unknown | | 0.00 | FA |
| **10  Assets  Totals** (Excluding unknown values) | **$24,388,422.77** | **$0.00** | | **$2,787,401.91** | **$0.00** |

**Major Activities Affecting Case Closing:**

Ally adversary proceeding ; continue to review claims for objections

This case was filed under Chapter 11 on July 6, 2011 and the case was converted to a Chapter 7 on July 29, 2011. This case is related to 7 related debtors cases which are USA United Holdings, United Fleet, United Tom Tom, USA United Bus Service, USA United Transit, Tom Tom Escorts and Shoreline Transit. The debtors are the owners of hundreds of buses and DOE contracts.

08/04/2011- The Trustee has prepared and filed the Order and Applications to Retain EisnerAmper, LLP, as accountants to the Trustee, Certilman Balin Adler & Hyman as counsel to the Trustee and MYC and Associates as Auctioneer to the Trustee.

10/28/2011- Prior to the case conversion, the Debtor was in the process of conducting a deal with MV Transportation to sell the assets of the Debtor. After several negotiations between the parties, the Motion by Richard J. McCord, Trustee of the Estates of the United Debtors and Northeast Debtors for an Order (i) Approving Sale Procedures, (ii) Approving the Assets Purchase Agreement between the Trustee and MV Transit, Inc., Regarding Sale of Substantially All of the Debtors' Assets and the Assumption and Assignment of Certain Executory Contracts, Subject to Higher and Better Offer, Pursuant to 11 U.S.C. Sections 105, 363 and 365 was filed. After the objections were addressed, on August 10, 2011 the Order was entered. The Order was modified on August 18, 2011. The Trustee received the sum of $500,000.00 from the sale. The funds from the sale were paid to Comerica Bank. The Trustee entered into a 506(c) Stipulation with Comerica Bank which was "So Ordered". The Trustee has retained professionals pursuant to Court Order. The Trustee and his professionals are currently working on the issue of the

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 111-45875  **Trustee:** (521290)   RICHARD J. McCORD
**Case Name:** USA UNITED TRANSIT, INC.  **Filed (f) or Converted (c):** 07/29/11 (c)
  **§341(a) Meeting Date:** 08/31/11
**Period Ending:** 04/17/19  **Claims Bar Date:** 02/29/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

Department of Education Receivable which is due and owing. On October 28, 2011, the Order Pursuant to Fed. R. Bankr. P. 1015(a) Directing Joint Administration of Chapter 7 Cases was entered.

01/19/2012- On January 18, 2012, the Order Authorizing Payment Pursuant to 11 U.S.C. Section 506(c) was entered whereas the Trustee and his professionals could receive their fees and expenses incurred in connection with the sale from the Comerica Collateral. The fees and expenses were disbursed pursuant to Court Order.

01/25/20/12- On January 24, 2012, the Order Establishing deadline for the filing of proofs of claim was entered with all claims be filed by February 29, 2012. The Claims Agent will be serving this notice upon all creditors and parties in interest. The Trustee and his accountants are still working on the collection of the accounts receivable with the Department of Education. The Trustee has subpoenaed bank statements and due to the volume of accounts held, is awaiting receipt of same.

06/13/2012- The Trustee and his counsel have sent over 120 letters to parties with regard to potential avoidance actions. In addition, after lengthy negotiations between the parties and the Trustee's accountants, the Trustee's counsel prepared and filed the Motion for an Order (i) Fixing the Amount of the "Allowed DOE Receivable" and Directing the New York City Department of Education to Pay Said Amount to the Trustee; (ii) Fixing the Amount of, and Authorizing the Trustee to Pay, the Allowed Claim of Almalgamated Transit Union Local 1181-1061, AFL-CIO; and (iii) Fixing the Allowed Claims of Division 1181 Amalgamated Transit Union New York Welfare Fund, and Authorizing the Trustee to Pay the Undisputed Portion of the Funds' Claims and to Hold the Disputed Portion Thereof in Escrow Pending Resolution of the District Court Action, which is returnable on July 26, 2012 at 11:00 a.m.

07/19/12- As the parties are still negotiating the settlement of the DOE receivable as well as the payments due and owing to the Funds and the Union, the Motion has been adjourned from July 26, 2012 to August 16, 2012 at 11:00 a.m. The pre-trial conferences in the adversary proceedings have been adjourned as well to this date. In addition, the Trustee has sent an additional 50 letters to parties with regard to the avoidance actions.

08/27/2012- The hearing on the DOE Motion was held on August 16, 2012. As the parties were still working on the terms of the settlement, the Motion was adjourned to August 29, 2012, which has been adjourned further to September 24, 2012 at 10:00 a.m.

08/31/2012- The Trustee and counsel prepared and filed Notice of Motions and Applications in Support for a 2004 examination and production of documents upon Rained Lia Castellano, William Lia, Thomas Scialpi, William Moran, Scott Reback, Richard Castellano, Don Lia and Brian Golub, the former accountant of the debtors.

09/27/2012- The hearing on the DOE receivable Motion has been adjourned to October 25, 2012. The Trustee and counsel have sent out correspondence to the Union members with regard to their claims and the settlement with the Union. The 2004 Order for Brian Golub has been signed and a subpoena has been served to schedule a deposition for October 29, 2012. The Trustee and counsel have filed a Motion to Compel for TD Bank to turnover the remaining bank statements from the subpoena served upon them on July 11, 2012. The Motion is returnable on November 1, 2012 at 10:00 a.m.

11/16/2012- On October 25, 2012, the Stipulation, Agreement and Order Determining Amount of Allowed DOE Receivable and Providing for Releases and Dismissal of Pending Actions was entered. The Trustee has received the funds from the DOE in the total amount of $10,002,822.56, which is comprised of 6 checks made payable to USA United Fleet, Tom Tom Escorts Only, United Tom Tom Transportation, USA United Transit Inc, USA United Bus Express and Northeast Buses. Also entered was the Stipulation and Order by and between Richard J. McCord and Local 1181-1061 to allow the union claim in the amount of

Exhibit 8

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 111-45875  
**Case Name:** USA UNITED TRANSIT, INC.  

**Period Ending:** 04/17/19

**Trustee:** (521290) RICHARD J. McCORD  
**Filed (f) or Converted (c):** 07/29/11 (c)  
**§341(a) Meeting Date:** 08/31/11  
**Claims Bar Date:** 02/29/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

$1,766,699.00 of which $551,782.22 is payable to the Union and $288,922.10 is payable to the Transit Federal Credit Union and the remainder is payable to he former employees and the Stipulation and Order by and between Richard J. McCord, Division 1181 Amalgamated Transit Union New York Pension Fund to allow the welfare fund cure claim to be fixed in the amount of $4,795,102.64 and that the allowed pension fund cure claim be fixed and allowed in the amount of $1,313,351.78.

01/02/2013- On December 27, 2012, the Order Authorizing Payment Pursuant to 11 U.S.C. Section 506(c ) of Compensation of the Trustee's Professionals in Connection with the Collection of the DOE Receivable for the Period from December 2, 2011 through October 26, 2012. The fees will be disbursed to the professionals pursuant to this Order. In addition, pursuant to the October 25, 2012 Stipulations that were "So Ordered", payments have made to the Unions, Funds, Union Employees and Comerica Bank, the secured creditor.

01/17/2013- The Trustee and his accountants are continuing to review the debtors books and records with regards to potentially millions of dollars in transfers. The Trustee has currently scheduled 2004 examinations of Brian Golub, the debtors former accountant, Laraine Lia, Richard Castellano and Tom Scialpi, all pursuant to 2004 Orders.

01/10/2014- The Trustee and counsel have commenced over 190 adversary proceedings in the USA United Case. Most are still in the discovery stages. For those defendants that have not filed an Answer, the Motion for Default Judgments have been submitted. The last pre trial conference on these cases was held on Janaury 9, 2014 and the next scheduled date for the pre-trial conference is February 19, 2014 at 9:00 a.m.

06/30/2014- Certilman Balin Adler & Hyman, LLP, as counsel to the Trustee, submitted a fee application for fees in the amount of $1,053,652.75 and expenses in the amount of $44,171.39, which was returnable on June 26, 2014. In addition, the Trustee's accountants, EisnerAmper also filed a fee application. On June 27, 2014, the Order Awarding Third Interim Allowance of Compensation and Reimbursement of Expenses for Certilman Balin Adler & Hyman, LLP as counsel to the Trustee was entered, granted fees with a 20% holdback. In addition, there are still over 100 adversary proceedings pending. The next pre-trial conference for the adversary proceedings are scheduled for August 1, 2014 at 11:00 a.m.

11/21/14- There are several adversary proceedings that are still pending in these cases and the next pre-trial conference is scheduled for December 11, 2014 at 11:00 a.m.

01/14/2015- There are several adversary proceedings that are still pending in this matter. The next pre-trial conferences are scheduled for February 20, 2015 at 11:00 a.m.

01/11/2016- There are approximately 6 adversary proceedings remaining in this case. The next pre-trial conferences are scheduled for February 11, 2016 at 11:30 a.m. This case remains open pending the outcome of the adversary proceedings in the main case of USA United Fleet.

01/17/2017- The pre-trial conferences for the remaining adversary proceedings were held on January 12, 2017 and adjourned to February 23, 2017 at 11:30 a.m. The remaining adversary proceedings are against Ally Financial and Mercedes Benz. Additionally, the 9th omnibus objection to claims has been adjourned to this date, as well as the Trustee's Motion to have the tax liens released.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 111-45875  **Trustee:** (521290)   RICHARD J. McCORD
**Case Name:** USA UNITED TRANSIT, INC.  **Filed (f) or Converted (c):** 07/29/11 (c)
 **§341(a) Meeting Date:** 08/31/11
**Period Ending:** 04/17/19  **Claims Bar Date:** 02/29/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

05/31/18- The Trustee has prepared and filed the Trustee's Final Report with the Office of the United States Trustee.

08/03/2018- The Trustee's Final Report has been approved. The final hearing is scheduled for September 6, 2018 at 9:30 a.m.

**Initial Projected Date Of Final Report (TFR):**   August 1, 2013   **Current Projected Date Of Final Report (TFR):**   May 31, 2018  (Actual)

Exhibit 9

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 111-45875  
**Case Name:** USA UNITED TRANSIT, INC.

**Taxpayer ID #:** **-***2039  
**Period Ending:** 04/17/19

**Trustee:** RICHARD J. McCORD (521290)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******63- - Checking Account  
**Blanket Bond:** $69,289,805.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/16/12 | {3} | The City of New York | Payment of DOE Receiveable pursuant to Stipulation, Agreement and Order Determining Amount of Allowed DOE Receivable and Providing for Releases and Dismissal of Pending Actions, "So Ordered" on October 25, 2012 | 1129-000 | 2,787,401.91 | | 2,787,401.91 |
| 12/17/12 | 101 | Division 1181 Amalgamated Transit Union-New York Employees P | Payment of Pension Fund Cure Claim Pursuant to Stipulation and Order "So Ordered" on October 25, 2012 | 5400-000 | | 356,675.89 | 2,430,726.02 |
| 12/17/12 | 102 | Division 1181 Amalgamated Transit Union-New York Welfare Fun | Payment of Welfare Fund Cure Claim Pursuant to Stipulation and Order "So Ordered" on October 25, 2012 | 5400-000 | | 2,097,551.32 | 333,174.70 |
| 12/20/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001052129088 20121220 | 9999-000 | | 333,174.70 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 2,787,401.91 | 2,787,401.91 | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 333,174.70 | |
| | | | **Subtotal** | | 2,787,401.91 | 2,454,227.21 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$2,787,401.91** | **$2,454,227.21** | |

{} Asset reference(s)

Printed: 04/17/2019 02:16 PM    V.14.50

Case 1-11-45875-ess    Doc 141    Filed 04/30/19    Entered 04/30/19 11:05:19

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 111-45875  
**Case Name:** USA UNITED TRANSIT, INC.  

**Taxpayer ID #:** **-***2039  
**Period Ending:** 04/17/19  

**Trustee:** RICHARD J. McCORD (521290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4266 - Checking Account  
**Blanket Bond:** $69,289,805.00   (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/21/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 333,174.70 | | 333,174.70 |
| 12/27/12 | 10103 | Certilman Balin Adler & Hyman, LLP | Payment of Fees to Counsel for the Chapter 7 Trustee pursuant to Court Order dated December 27, 2012 | 3110-000 | | 253,405.75 | 79,768.95 |
| 12/27/12 | 10104 | Certilman Balin Adler & Hyman, LLP | Payment of Expenses to Counsel for the Chapter 7 Trustee pursuant to Court Order dated December 27, 2012 | 3120-000 | | 15,215.60 | 64,553.35 |
| 01/02/13 | 10105 | EisnerAmper, LLP | Payment of Fees and Expenses to Accountants for the Chapter 7 Trustee Pursuant to Court Order dated December 27, 2012 | 3410-000 | | 75.73 | 64,477.62 |
| 01/02/13 | 10106 | The Garden City Group, Inc. | Payment of Fees and Expenses to Claims and Noticing Agent to the Trustee Pursuant to Court Order dated December 27, 2012 | 3992-000 | | 59,291.12 | 5,186.50 |
| 01/02/13 | 10107 | Ace Payroll Services, Inc. | Payment of 2012 distribution, reports and returns in connection with distribution of employee wages pursuant to Stipulation "So Ordered" on October 25, 2012, Inv #'s: 13174, 13175, 13176, 351426 and 351427 | 2990-000 | | 5,186.50 | 0.00 |

|  |  |  |  |
|---|---:|---:|---:|
| ACCOUNT TOTALS | 333,174.70 | 333,174.70 | $0.00 |
| Less: Bank Transfers | 333,174.70 | 0.00 | |
| **Subtotal** | **0.00** | **333,174.70** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$333,174.70** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---:|---:|---:|
| Checking # ****-******63- | 2,787,401.91 | 2,454,227.21 | 0.00 |
| Checking # ******4266 | 0.00 | 333,174.70 | 0.00 |
| | **$2,787,401.91** | **$2,787,401.91** | **$0.00** |

{} Asset reference(s)                                               Printed: 04/17/2019 02:16 PM    V.14.50